**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re: OAKES, BRADLEY ELTON          §   Case No. 16-00756-JDP
                                      §
                                      §
                                      §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

         Noah G. Hillen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

         1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

         2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $11,803.03 | Assets Exempt: | $11,283.74 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,006.16 | Claims Discharged Without Payment: | $50,628.67 |
| Total Expenses of Administration: | $1,457.05 | | |

         3) Total gross receipts of $7,529.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,066.13 (see **Exhibit 2**), yielded net receipts of $5,463.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,457.05 | $1,457.05 | $1,457.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $50,737.02 | $44,472.93 | $44,472.93 | $4,006.16 |
| **TOTAL DISBURSEMENTS** | $50,737.02 | $45,929.98 | $45,929.98 | $5,463.21 |

  4) This case was originally filed under chapter 7 on 06/09/2016.  The case was pending for 20 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/19/2018          By: /s/ Noah G. Hillen
                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: Pioneer FCU, 250 W 3rd S, Mountain Home, ID - Acct #7810 | 1129-000 | $58.95 |
| 2016 Tax Refund | 1224-000 | $4,424.71 |
| Preferential transfer recovery - Old Republic Insurance | 1141-000 | $2,841.73 |
| Checking Account: Pioneer FCU, 250 W 3rd S, Mountain Home, ID - Acct #5655 | 1129-000 | $203.95 |
| TOTAL GROSS RECEIPTS | | $7,529.34 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bradley Elton Oakes | 2016 Prorata refunds, less State refund not received | 8500-002 | $2,066.13 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $2,066.13 |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Noah G. Hillen | 2100-000 | NA | $1,296.32 | $1,296.32 | $1,296.32 |
| Trustee, Expenses - Noah G. Hillen | 2200-000 | NA | $10.73 | $10.73 | $10.73 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $150.00 | $150.00 | $150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,457.05 | $1,457.05 | $1,457.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Old Republic Insurance Co c/o Marvin Smith at Hawley Troxel | 7100-000 | $40,575.12 | $44,472.93 | $44,472.93 | $4,006.16 |
| N/F | CenturyLink | 7100-000 | $129.58 | NA | NA | NA |
| N/F | Clear Springs Loan Service | 7100-000 | $9,753.32 | NA | NA | NA |
| N/F | Collection Bureau Inc | 7100-000 | $279.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$50,737.02** | **$44,472.93** | **$44,472.93** | **$4,006.16** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-00756-JDP
Case Name: OAKES, BRADLEY ELTON
For Period Ending: 01/19/2018

Trustee Name: (320140) Noah G. Hillen
Date Filed (f) or Converted (c): 06/09/2016 (f)
§ 341(a) Meeting Date: 07/07/2016
Claims Bar Date: 10/06/2016

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Chevrolet Trailblazer. Entire property value: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 2* | 2006 V-Star 650 Motorcycle - Not running. Entire property value: $800.00 (See Footnote) | 800.00 | 0.00 | | 0.00 | FA |
| 3 | 1969 Datsun 1600-Not Running. Entire property value: $500.00 | 500.00 | 500.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings | 1,230.00 | 0.00 | | 0.00 | FA |
| 5 | (2) tvs, (2) stereo's, computer, dvd player, Blu-Ray player, Wii game console, Wii games & accessories, Sony Playstatioin game console, Playstation games & accessories, (4) Amazon Fire tablets | 655.00 | 33.00 | | 0.00 | FA |
| 6 | music cds, records, dvd movies, books, artwork, Johnson guitar | 115.00 | 0.00 | | 0.00 | FA |
| 7 | (5) bicycles, tent, (4) sleeping bags, misc camping gear, misc fishing gear, speed bag stand, (3) kids camp chairs | 310.00 | 0.00 | | 0.00 | FA |
| 8 | 22 rifle - Glenfield Marlin firearms, .22 ammunition | 125.00 | 0.00 | | 0.00 | FA |
| 9 | debtor clothing, dependant #1 clothing, dependant #2 clothing, dependant #3 clothing, dependant #4 clothing | 700.00 | 0.00 | | 0.00 | FA |
| 10 | men's misc watches, Fitbit watch, dependant's misc jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account: Pioneer FCU, 250 W 3rd S, Mountain Home, ID - Acct #5655 | 815.80 | 203.95 | | 203.95 | FA |
| 12 | Checking Account: Pioneer FCU, 250 W 3rd S, Mountain Home, ID - Acct #7810 | 235.81 | 58.95 | | 58.95 | FA |
| 13 | Savings Account: Pioneer FCU, 250 W 3rd S, Mountain Home, ID - Acct #5655 - Zero balance as of filing | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Savings Account: Pioneer FCU, 250 W 3rd S, Mountain Home, ID-Acct #7810 | 0.03 | 0.00 | | 0.00 | FA |
| 15 | Security Deposit on Rental Unit: Security deposit with landlord | 775.00 | 775.00 | | 0.00 | FA |
| 16 | Adoption subsidy received monthly | 1,443.00 | 0.00 | | 0.00 | FA |
| 17 | Int. in Ins. policies: Primerica - Term life insurance, Policy #9253 - Death benefit $65,000.00 - No cash surrender value - Mother pays yearly premium | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 16-00756-JDP
Case Name: OAKES, BRADLEY ELTON
For Period Ending: 01/19/2018

Trustee Name: (320140) Noah G. Hillen
Date Filed (f) or Converted (c): 06/09/2016 (f)
§ 341(a) Meeting Date: 07/07/2016
Claims Bar Date: 10/06/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Preferential transfer recovery - Old Republic Insurance<br>Sheriff fees of $60 deducted from garnishment prior to prepetition payment of funds to creditor. | 2,901.73 | 2,901.73 | | 2,841.73 | FA |
| 19 | 2016 Tax Refund (u) | 0.00 | 2,298.87 | | 4,424.71 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$15,756.37** | **$6,771.50** | | **$7,529.34** | **$0.00** |

RE PROP# 2    DMV indicates this is really a 2004 motorcycle. Originally purchased for $1,500 on 7/6/12. $800 valuation probably accurate since vehicle is no longer running.

**Major Activities Affecting Case Closing:**

8-22-17 - Received Federal Refund.
5-10-17 - T/C with debtor. He has received state refund. Will send estate portion to trustee when he receives federal.
4-28-17 Mailed return request ltr
1-31-17 - TFR to be submitted after 2016 tax returns/refunds.
10-19-16 - Claims reviewed. Waiting on 2016 tax returns since government claims bar date is not until December 2016.
8-2-16 - Received remaining garnishment funds from creditor.
7-8-16 - Preference demand sent to Old Republic Insurance. Bank demand sent to debtor, cc atty.
6-15-16 - Received garnishment funds from Sheriff.

Current Projected Date Of Final Report (TFR):   09/06/2017 (Actual)      Initial Projected Date Of Final Report (TFR):   06/01/2017

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-00756-JDP | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | OAKES, BRADLEY ELTON | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3326 | Account #: | ******0100 Checking |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/16 | {18} | Ada County Sheriffs Office Civil Account | Garnishment funds received from Sheriff. | 1141-000 | 830.65 | | 830.65 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 820.65 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 810.65 |
| 08/02/16 | {18} | Hawley Troxell Ennis & Hawley LLP | Funds garnished during preference period. | 1141-000 | 2,011.08 | | 2,821.73 |
| 08/18/16 | | Bradley Oakes | Non-Exempt Bank Funds. | | 262.90 | | 3,084.63 |
| | {11} | | Non-exempt bank acct funds $203.95 | 1129-000 | | | 3,084.63 |
| | {12} | | Non-exempt bank acct funds $58.95 | 1129-000 | | | 3,084.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,074.63 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,064.63 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,054.63 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,044.63 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,034.63 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,024.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,014.63 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,004.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,994.63 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,984.63 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,974.63 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,964.63 |
| 08/22/17 | {19} | US Treasury | 2016 federal tax refund | 1224-000 | 4,424.71 | | 7,389.34 |
| 08/24/17 | 101 | Bradley Elton Oakes | 2016 Prorata refunds, less State refund not received | 8500-002 | | 2,066.13 | 5,323.21 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,313.21 |
| 11/30/17 | 102 | Noah G. Hillen | Combined trustee compensation & expense dividend payments. | | | 1,307.05 | 4,006.16 |
| | | | Claims Distribution - Wed, 09-06-2017 $1,296.32 | 2100-000 | | | 4,006.16 |

Page Subtotals:    $7,529.34    $3,523.18

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00756-JDP | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | OAKES, BRADLEY ELTON | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3326 | Account #: | ******0100 Checking |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Wed, 09-06-2017    $10.73 | 2200-000 | | | 4,006.16 |
| 11/30/17 | 103 | Old Republic Insurance Co c/o Marvin Smith at Hawley Troxel | 16-00756 BRADLEY ELTON OAKES 1 9.01% $4,006.16 | 7100-000 | | 4,006.16 | 0.00 |
| | | | **COLUMN TOTALS** | | 7,529.34 | 7,529.34 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,529.34 | 7,529.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $7,529.34 | $7,529.34 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 16-00756-JDP | **Trustee Name:** Noah G. Hillen (320140) |
| **Case Name:** OAKES, BRADLEY ELTON | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***3326 | **Account #:** ******0100 Checking |
| **For Period Ending:** 01/19/2018 | **Blanket Bond (per case limit):** $63,926,457.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0100 Checking | $7,529.34 | $7,529.34 | $0.00 |
| | $7,529.34 | $7,529.34 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)